**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MAKEL BARNES**, *et al.*, | |
| *Plaintiffs,* | |
| **v.** | **Case No. 1:24-cv-750-RCL** |
| **DISTRICT OF COLUMBIA**, *et al.*, | |
| *Defendants.* | |

## ORDER

Upon consideration of plaintiffs' Motion [ECF No. 22] to certify the plaintiffs' class pursuant to Rule 23 of the Federal Rules of Civil Procedure and Local Rule 23.1(b) of this Court, the oppositions of the Bureau of Prisons ("BOP") and District of Columbia ("District")and replies thereto, and the entire record herein, it is hereby

**ORDERED** that this case is certified to proceed as a class action pursuant to Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure. The plaintiff class shall consist of:

> All District residents between the ages of eighteen (18) and twenty-four (24) who: (1) are incarcerated in the BOP as D.C. Code offenders and are currently entitled to receive special education and/or related services pursuant to the IDEA and its federal and local implementing regulations and District law; (2) are or were incarcerated in the BOP as D.C. Code offenders and were entitled to receive special education and/or related services pursuant to the IDEA and its federal and local implementing regulations and District law, but have since aged out of eligibility; or (3) will be incarcerated in the BOP as D.C. Code offenders and are entitled to receive special education and/or related services pursuant to the IDEA and its federal and local implementing regulations and District law, and do not, did not, or will not, receive special education and/or related services pursuant to the IDEA and its federal and local implementing regulations and District law while incarcerated in the BOP.

And it is further **ORDERED** that the claims upon which the class may seek relief are:

1) That the District, by and through its subsidiaries the DCPS and OSSE), has denied a FAPE to plaintiffs in violation of 20 U.S.C. § 1412(a)(1)(A).  And the relief sought by the plaintiffs is an order extending their eligibility to receive a FAPE.
2) That the BOP has denied the plaintiffs access to a FAPE while the plaintiffs are in BOP custody without notice or an opportunity to be heard in violation of the Due Process Clause of the Fifth Amendment.

And it is further **ORDERED** that the BOP's Motion [ECF No. 30] to

Dismiss or in the Alternative, for Summary Judgment is **DENIED**; and it is further

**ORDERED** that the District's Motion [ECF No. 31] is **DENIED** as to the claim for violation of 20 U.S.C. § 1412(a)(1 )(A) and **GRANTED** as to all other claims.

**IT IS SO ORDERED.**

Date: 24 March, 2025

Royce C. Lamberth
United States District Judge